UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fugleberg Koch Architects, Inc., a Florida corporation,

Plaintiff,

v.

Northern Hospitality, Inc., a Minnesota corporation,

Defendant.

Court File No. 01-471 DWF/RLE

**ORDER**

The above matter came on for consideration before the undersigned on the Plaintiff's motion for an award of attorneys' fees pursuant to the Architectural Agreement between the parties and LR 54.3.

Based on the submissions of counsel, including the Affidavits and Exhibits of Plaintiff's counsel with respect to its claim for attorneys' fees, the Court finds and concludes that Plaintiff is entitled to its fees under the Architectural Agreement and that it incurred reasonable attorneys' fees in an amount equal to at least $5,003.50. Therefore,

**IT IS ORDERED:**

1. That Plaintiff's motion is granted, and it is awarded its reasonable attorneys' fees in the amount of $5,003.50 against the Defendant.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: June 1, 2001

Donovan Frank
Judge of District Court

146391.1

JUN 01 2001
FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD JUN 01 200
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: JUN 0 1 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.

C:\FORMS\APPEAL NO. CIV
Rev. August 11, 1995